**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**HERBERT JOSEPH MONTGOMERY III**      **CASE NO.  3:22-CV-05924 SEC P**
**#627908**

**VERSUS**                          **JUDGE TERRY A. DOUGHTY**

**DEPT OF PUBLIC SAFETY & CORRECTIONS**    **MAG. JUDGE KAYLA D. MCCLUSKY**

## MEMORANDUM ORDER

Before the court is a complaint filed on November 4, 2022.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit either the $402.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $402.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this 23rd day of  November, 2022.

_____
Kayla D. McClusky
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application