**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**HERBERT JOSEPH MONTGOMERY, III**      **CIVIL ACTION NO. 22-5924**

**SECTION P**

**VS.**

**JUDGE TERRY A. DOUGHTY**

**DEPARTMENT OF PUBLIC SAFETY**      **MAG. JUDGE KAYLA D. MCCLUSKY**
**AND CORRECTIONS, ET AL.**

## ORDER

Plaintiff Herbert Joseph Montgomery, III, a prisoner at Elayn Hunt Correctional Center proceeding pro se, filed this proceeding on approximately November 4, 2022, under 42 U.S.C. § 1983.  On November 23, 2022, the Court ordered Plaintiff to, within thirty days, either pay the $402.00 filing fee or file a completed in forma pauperis application on an approved form.  [doc. # 6].  That deadline passed, and Plaintiff has failed to comply with the Court's Order.

Accordingly, **IT IS ORDERED** that Plaintiff's Complaint, [doc. # 1], is **STRICKEN** from the record.

In Chambers, Monroe, Louisiana, this 24th day of January, 2023.

Kayla Dye McClusky
United States Magistrate Judge